# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re: ) Case No. 12-44165-BDL-13
)
**WAYNE SCOTT MORRIS** ) NOTICE OF HEARING; MOTION
) FOR APPROVAL TO OBTAIN
) CREDIT TO PURCHASE HOME;
) AND CERTIFICATE OF SERVICE
)
**Debtor.** )
_____)

## NOTICE

PLEASE TAKE NOTICE that the debtor's Motion for Approval to Obtain Credit to Purchase Home, IS SET FOR HEARING as follows:

JUDGE: Brian D. Lynch                    TIME: 1:30 p.m.

PLACE: Courtroom I                       DATE: June 10, 2015
       1717 Pacific Avenue
       Tacoma, WA

IF YOU OPPOSE the motion you must file your written response with the court clerk, serve two copies on the Judge's chambers and deliver copies to the undersigned and all interested parties NOT LATER THAN THE RESPONSE DATE, which is June 3, 2015.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

## MOTION

The Debtor herein, by and through his attorney, Jennie Patton, hereby moves the Court, pursuant to FRBP 4001(c), for an order approving the obtaining of credit, representing as follows:

MOTION FOR APPROVAL            Page 1            JENNIE PATTON, Attorney at Law, PS
TO OBTAIN CREDIT                                 2018 Caton Way SW
TO PURCHASE HOME                                 Olympia, Washington 98502
                                                 (360) 352-9968

Case 12-44165-BDL    Doc 24    Filed 05/14/15    Ent. 05/14/15 11:41:00    Pg. 1 of 3

1. The debtor's case was filed on June 14, 2012 and his 1st amended plan was confirmed by an order of the Court entered November 1, 2012.

2. The debtor is now 35 months into the 60 month plan period and has been approved for a Veterans' Administration guaranteed loan through Primary Residential Mortgage, Inc. for the purchase of a home.

3. The proposed loan, as outlined in the loan documents filed as an Exhibit to the debtor's declaration in support of this motion, is a 30 year loan in the amount of $215,000.00 with a fixed interest rate of 4.0% and an estimated monthly payment of $1,314.75. The interest rate is currently locked through June 5, 2015 and could change after that date. Rule 4001(c)(1)(B)(ii)-(xi) do not apply to the proposed loan. The Exhibit consists of the original Good Faith Estimate, the Interest Rate Lock Agreement and the Truth in Lending Disclosure Statement.

4. Upon completion of the home purchase the debtor's plan will be modified to reflect the change.

WHEREFORE, the debtor prays that the Court issues an order approving the obtaining of the requested loan.

DATED this 11th day of May, 2015.


  /s/  Jennie Patton
Jennie Patton, Attorney at Law
WSBA #24788

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MOTION FOR APPROVAL          Page 2          JENNIE PATTON, Attorney at Law, PS
TO OBTAIN CREDIT                                                2018 Caton Way SW
TO PURCHASE HOME                                         Olympia, Washington 98502
                                                                     (360) 352-9968

Case 12-44165-BDL    Doc 24    Filed 05/14/15    Ent. 05/14/15 11:41:00    Pg. 2 of 3

# CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington as follows:

I, DANIEL R. BELL, electronically mailed a true and correct copy of the NOTICE OF HEARING; MOTION FOR APPROVAL TO OBTAIN CREDIT TO PURCHASE HOME; AND THIS CERTIFICATE OF SERVICE to the following:

Judge Brian D. Lynch      K. Michael Fitzgerald, Chapter 13 Trustee      U.S. Trustee's Office

And mailed via regular US Mail to all creditors on the matrix (See Matrix List Attachment filed herewith), parties requesting special notice and the debtor, below:

Exeter Finance Corp. Department
Ascension Capital Group
c/o Office Manager
PO Box 201347
Arlington, Texas 76006

Atlas Acquisitions LLC
Attn: Avi Schild
294 Union Street
Hackensack, NJ 07601

Wayne Morris
1216 Fitz Hugh Drive SE
Olympia, WA 98501

Executed at Olympia, Washington on May 14, 2015.


 /s/ Daniel R. Bell
Daniel R. Bell, Paralegal

MOTION FOR APPROVAL        Page 3        JENNIE PATTON, Attorney at Law, PS
TO OBTAIN CREDIT                                               2018 Caton Way SW
TO PURCHASE HOME                                  Olympia, Washington 98502
                                                              (360) 352-9968

Case 12-44165-BDL    Doc 24    Filed 05/14/15    Ent. 05/14/15 11:41:00    Pg. 3 of 3