
Received
MAY 29 2015
JENNIE PATTON
Attorney at Law, PS.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

(See reverse for requirements of LBR 9011-1 relating to change of address or telephone number)

CASE NAME: Wayne Scott Morris   CASE NO: 12-44165

FOR:  X  DEBTOR
___ JOINT DEBTOR
___ CREDITOR
___ ATTORNEY  ( Please include Bar ID Number _____ )
___ PLAINTIFF
___ DEFENDANT

OLD ADDRESS:
NAME: Wayne Morris
ADDRESS: 1216 Fitz Hugh Dr
Oly WA 98501
PHONE: 360-250-5208
EMAIL ADDRESS (attorney only): wsmorris1958@msn.com

NEW ADDRESS:
NAME: Wayne S Morris
ADDRESS: 4408 Edgewater Blvd NE
Lacey WA 98516
PHONE: 360-250-5208
EMAIL ADDRESS (attorney only): wsmorris1958@msn.com

SIGNATURE OF PARTY(S) REQUESTING CHANGE:
*Wayne S Morris*    Date 5/28/15

Rev. 6/28/2012
Change of Address

Jennie Patton, Attorney at Law, PS
2018 Caton Way SW
Olympia, WA 98502
(360) 352-9968 Telephone